IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>HARVEY EUGENE STAFFORD, JR., )<br>)<br>Defendant. ) | NO. CR-03-0167-001-HE |

## ORDER

Defendant Harvey Eugene Stafford, Jr., a pro se prisoner, has filed a "Motion for Correction of Document, Judgement (sic) and Sentence, with Request for Order Nunc Pro Tunc." Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Doyle W. Argo, who recommended that the defendant's motion be denied.

Defendant has failed to object to the Report and Recommendation and, therefore, has waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). See 28 U.S.C. § 636(b)(1); LCvR 72.1. The court has also considered the merits of the motion and substantially concurs with the Magistrate Judge's analysis.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #58] and **DENIES** defendant's motion [Doc. #50].

**IT IS SO ORDERED.**

Dated this 21st day of September, 2007.

JOE HEATON
UNITED STATES DISTRICT JUDGE